RE: UNITED STATES OF AMERICA v. KEVIN MOORE
United States District Court - Northern District of New York
Case #: 1:12-CV-1411

## AFFIDAVIT OF DUE DILIGENCE

State of New York, County of Albany

MICHAEL ALVARO, having been sworn, herein states that I am over the age of eighteen years and I am not a party to this action. That on October 6, 2012 I received a Summons and Complaint for service upon KEVIN MOORE with a provided address of 3109 6th Avenue, Troy, NY 12180.

On OCTOBER 8, 2012 @ 3:58pm I attempted service at said address and was unable to effect service upon KEVIN MOORE for the following reason:

**Address provided is a two story inner-city building, containing one apartment on the second floor and a first floor variety store. I spoke with the person in charge at the store, a younger middle eastern male. He advised that the upstairs apartment is vacant. I asked him about Kevin Moore and he knew nothing. I asked and was provided with the phone number for the store's owner "KAM" (917-689-5907). I( spoke by telephone with Kam, who advised that "about 2-3 years ago" Kevin Moore intended to move into the upstairs apartment, and was performing some work on the apartment as a part of the rental agreement. Kam advised that the work was never completed, and Moore never moved in. Kam further advised that he was told by a relative of Moore's that Moore had suffered a stroke, and the last Kam heard, Moore was hospitalized "possibly in Schenectady, NY." Kam had no other information regarding Kevin Moore.**

MICHAEL ALVARO    518-438-8987

ALBANY INVESTIGATION
AND PROCESS SERVICES, LLC
50 COLVIN AVE SUITE 203
ALBANY, NY 12206

Sworn to before me on 10/10/12

Notary Public

GARY T. SMITH
NOTARY PUBLIC - STATE OF NEW YORK
NO. 01SM5053652
QUALIFIED IN ALBANY COUNTY
COMMISSION EXPIRES DECEMBER 26, 2013